# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2692

_____

William G. Carter,            *
                               *
        Appellant,        *
                               *   Appeal from the United States
    v.                   *   District Court for the
                               *   Eastern District of Missouri.
Alan Blake,             *
                               *   [UNPUBLISHED]
        Appellee.        *

_____

Submitted: May 22, 2007
Filed: May 23, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

William G. Carter appeals the district court's[1] order granting defendant's Federal Rule of Civil Procedure 12(b)(6) motion to dismiss Carter's 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and considered Carter's arguments, we find no basis for reversal. See Atkinson v. Bohn, 91 F.3d 1127, 1128-29 (per curiam) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.